1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   ADAM A. VUKOVIC, ESQ. (SBN 301392)
2  SOPHIA V. COHN, ESQ. (SBN 306661)
   BOORNAZIAN, JENSEN & GARTHE
3  A Professional Corporation
   555 12th Street, Suite 1800
4  Oakland, CA  94607
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897
   gthomas@bjg.com
6  avukovic@bjg.com
   scohn@bjg.com
7
   Attorneys for Defendant
8  COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE,"
   KEVIN BEYRODT, AARON INNS, ANTHONEY FIELDS, IAN STEWART, KAREN
9  EASLING, sued herein as "K. EASLING," and CAMERON TRACY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo, , <br><br>Plaintiffs, <br><br>vs. <br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAND D. CORNEJO, II, and DOES 1 to 30, inclusive, <br><br>Defendants. <br><br>And Related Actions | Case No.: 16-cv-00974-RS <br>And Related Actions <br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS COUNTY OF ALAMEDA, ET AL., TO RESPOND TO PLAINTIFF NORMAN CORNEJO'S FIRST AMENDED COMPLAINT PURSUANT TO L.R. 6-1(a)** |

Pursuant to the United States District Court for the Northern District of California Civil Local rule 6-1(a), the parties in the above-captioned matter hereby stipulate and agree that the deadline for Defendants COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE," KEVIN BEYRODT, AARON INNS, ANTHONEY FIELDS, IAN

-1-

1  STEWART, KAREN EASLING, sued herein as "K. EASLING," and CAMERON TRACY, to
2  respond to Plaintiff NORMAN CORNEJO'S First Amended Complaint in United States District
3  Court for the Northern District of California Case No. 16-cv-00974-RS, shall be until and
4  including **Friday, November 18, 2016**.

5  Respectfully submitted,

6  DATED:  October 27, 2016

   BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation

   By: ___/s/ Gregory B. Thomas_____
   GREGORY B. THOMAS, ESQ.
   ADAM A. VUKOVIC, ESQ.
   SOPHIA V. COHN, ESQ.
   Attorneys for Defendant
   COUNTY OF ALAMEDA, sued
   herein as "ALAMEDA COUNTY
   SHERIFF'S OFFICE," KEVIN
   BEYRODT, AARON INNS,
   ANTHONEY FIELDS, IAN
   STEWART, KAREN EASLING,
   sued herein as "K. EASLING," and
   CAMERON TRACY

16  DATED: October 27, 2016         LAW OFFICES OF NIKOLAUS W. REED

   By: ___/s/ Nikolaus W. Reed_____
   NIKOLAUS W. REED, ESQ.
   Attorney for Plaintiff
   NORMAN CORNEJO

20  DATED: October 27, 2016         QUIRK LAW GROUP, APC

   By: ___/s/ Logan Quirk_____
   LOGAN QUIRK, ESQ.
   Attorney for Plaintiff
   NORMAN CORNEJO

**ATTESTATION**

I, Gregory B. Thomas, am counsel for Record for Defendants County of Alameda, et al. I am the registered ECF user whose username and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated: October 27, 2016                         BOORNAZIAN, JENSEN & GARTHE

                                By:   /s/ Gregory B. Thomas
                                     GREGORY B. THOMAS
                                     Attorney for Defendants
                                     COUNTY OF ALAMEDA, sued herein
                                     as "ALAMEDA COUNTY SHERIFF'S
                                     OFFICE," KEVIN BEYRODT,
                                     AARON INNS, ANTHONEY FIELDS,
                                     IAN STEWART, KAREN EASLING,
                                     sued herein as "K. EASLING," and
                                     CAMERON TRACY

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | DATED: 10/27 , 2016

   _____
   HON. RICHARD SEEBORG
3 | Judge of the United States District Court

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
PLAINTIFF NORMAN CORNEJO'S FIRST AMENDED COMPLAINT
*Norman Cornejo v. County of Alameda, et al.* - Case No.: 16-cv-00947-RS; and related actions