GREGORY B. THOMAS, ESQ. (SBN 239870)
ADAM A. VUKOVIC, ESQ. (SBN 301392)
SOPHIA V. COHN, ESQ. (SBN 306661)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com
avukovic@bjg.com
scohn@bjg.com

Attorneys for Defendant
COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE," KEVIN BEYRODT, AARON INNS, ANTHONEY FIELDS, IAN STEWART, KAREN EASLING, sued herein as "K. EASLING," and CAMERON TRACY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FRAUSTO individually and as successor in interest to the Estate of Decedent John Anthony Cornejo,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA HIGHWAY PATROL, ALAMEDA COUNTY SHERIFF'S OFFICE, KEVIN BEYRODT, NORMAND D. CORNEJO, II, and DOES 1 to 30, inclusive,<br><br>Defendants.<br><br>And Related Actions | Case No.: 3:16-cv-00974-RS<br>And Related Actions<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS; OR, IN THE ALTERNATIVE, FOR A MORE DEFINTE STATEMENT PURSUANT TO L.R. 6-1(a)** |

Pursuant to the United States District Court for the Northern District of California Civil Local rule 6-1(a), the parties in the above-captioned matter hereby stipulate and agree to amend the briefing and hearing schedule on Defendants COUNTY OF ALAMEDA, sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE," KEVIN BEYRODT, AARON INNS,

-1-

1  ANTHONEY FIELDS, IAN STEWART, KAREN EASLING, sued herein as "K. EASLING," and
2  CAMERON TRACY's (hereinafter "Defendants") Motion to Dismiss, or, in the alternative,
3  Motion for a More Definite Statement.

4      WHEREAS Defendants filed a Motion to Dismiss, or, in the alternative, Motion for a More
5  Definite Statement on November 14, 2016, setting the matter for hearing on December 22, 2016.

6      WHEREAS the Court set the following briefing schedule:

- Plaintiff's Opposition due November 28, 2016;
- Defendants' Reply to Opposition due December 5, 2016;
- Hearing on December 22, 2016.

    WHEREAS the parties, as a matter of professional courtesy, agree to extend the hearing on this matter and all remaining briefing deadlines by one week.

    WHEREAS the parties hereby stipulate and agreed to the following briefing and hearing schedule:

- Plaintiff's Opposition due December 5, 2016;
- Defendants' Reply to Opposition due December 12, 2016;
- Hearing on December 29, 2016.

Respectfully submitted,

DATED: November 21, 2016

        BOORNAZIAN, JENSEN & GARTHE
        A Professional Corporation

By:   /s/ Gregory B. Thomas
      GREGORY B. THOMAS, ESQ.
      ADAM A. VUKOVIC, ESQ.
      SOPHIA V. COHN, ESQ.
      Attorneys for Defendant
      COUNTY OF ALAMEDA, sued
      herein as "ALAMEDA COUNTY
      SHERIFF'S OFFICE," KEVIN
      BEYRODT, AARON INNS,
      ANTHONEY FIELDS, IAN
      STEWART, KAREN EASLING,
      sued herein as "K. EASLING," and
      CAMERON TRACY

| | | |
|---|---|---|
| 1 | DATED: November 21, 2016 | LAW OFFICES OF NIKOLAUS W. REED |

By:   /s/ Nikolaus W. Reed
NIKOLAUS W. REED, ESQ.
Attorney for Plaintiff
NORMAN CORNEJO

DATED: November 21, 2016        QUIRK LAW GROUP, APC

By:   /s/ Logan Quirk
LOGAN QUIRK, ESQ.
Attorney for Plaintiff
NORMAN CORNEJO

**ATTESTATION**

I, Gregory B. Thomas, am counsel for Record for Defendants County of Alameda, et al. I am the registered ECF user whose username and password are being used to file this stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the above-identified counsel concurred in this filing.

Dated:  November 21, 2016        BOORNAZIAN, JENSEN & GARTHE

By:   /s/ Gregory B. Thomas
GREGORY B. THOMAS
Attorney for Defendants
COUNTY OF ALAMEDA, sued herein
as "ALAMEDA COUNTY SHERIFF'S
OFFICE," KEVIN BEYRODT,
AARON INNS, ANTHONEY FIELDS,
IAN STEWART, KAREN EASLING,
sued herein as "K. EASLING," and
CAMERON TRACY

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING AND HEARING ON
DEFENDANTS' MOTION TO DISMISS; OR, IN THE ALTERNATIVE, FOR A MORE DEFINTE STATEMENT
*Norman Cornejo v. County of Alameda, et al.* - Case No.: 3:16-cv-00947-RS; and related actions

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | DATED:  11/23 , 2016

   _____
   HON. RICHARD SEEBORG
   Judge of the United States District Court

-4-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO DISMISS; OR, IN THE ALTERNATIVE, FOR A MORE DEFINTE STATEMENT
*Norman Cornejo v. County of Alameda, et al.* - Case No.: 3:16-cv-00947-RS; and related actions